UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SENECA INSURANCE COMPANY, INC., individually and as a subrogee of IDBSM HOLDING GROUP, LLC,<br><br>      Plaintiff,<br><br> -against-<br><br>HARTFORD UNDERWRITERS INSURANCE COMPANY,<br><br>      Defendant. | 25-CV-04307 (VSB) (RFT)<br><br>**<u>ORDER</u>** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  This action is scheduled for a telephonic status conference on June 9, 2025 at 11:00 AM.

Counsel for the parties are directed to call my conference line at the scheduled time by dialing

**(646) 453-4442, Access Code: 640 487 923 #**.

DATED: May 30, 2025
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge