UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SENECA INSURANCE COMPANY, INC., <br><br> Plaintiff, <br><br> -against- <br> HARTFORD UNDERWRITERS INSURANCE COMPANY, <br><br> Defendant. | 25-CV-04307 (VSB) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the discovery conference on November 17, 2025, the letter motion for

discovery (ECF 30) is **DENIED** without prejudice to refiling, if necessary, after the parties have

engaged in a further meet and confer session.

The Clerk of Court is respectfully requested to terminate ECF 30.

DATED:  November 17, 2025
           New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge