UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SENECA INSURANCE COMPANY, INC.,

        Plaintiff,

    -against-
HARTFORD UNDERWRITERS INSURANCE
COMPANY,

        Defendant.

25-CV-04307 (VSB) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is Plaintiff's motion for an extension of time to serve a non-party subpoena for deposition (**ECF 34**). The motion in **GRANTED IN PART**, in that Plaintiff shall have until **January 16, 2026** to effect such service and until **February 16, 2026** to take the contemplated deposition. As discussed at the conference on December 12, 2025, I do not anticipate further extensions of this deadline.

Also pending before the Court is Defendant's motion for production of an email message (**ECF 37**). The motion is **GRANTED**, provided, however, if Plaintiff attempts to locate the email message and experiences difficulty in doing so, Plaintiff may seek a protective order on the ground of undue burden by **December 19, 2025**.

The Clerk of Court is respectfully requested to terminate ECF 34 and ECF 37.

DATED:  December 12, 2025
      New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge