UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SENECA INSURANCE COMPANY, INC., <br><br> Plaintiff, <br><br> -against- <br> HARTFORD UNDERWRITERS INSURANCE COMPANY, <br><br> Defendant. | 25-CV-04307 (VSB) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is Plaintiff's letter motion to require Defendant to file under seal certain documents it seeks to submit as exhibits in support of its anticipated motion (ECF 46). Defendant filed its opposition to Plaintiff's letter motion (ECF 47.) By **April 10, 2026**, Defendant shall send a copy of documents at issue to the Court for in camera review.

DATED:  April 9, 2026
         New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge