UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SENECA INSURANCE COMPANY, INC., <br><br> Plaintiff, <br><br> -against- <br> HARTFORD UNDERWRITERS INSURANCE COMPANY, <br><br> Defendant. | 25-CV-04307 (VSB) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is Plaintiff's letter motion to require Defendant to file certain documents under seal that Defendant seeks to submit as exhibits in support of its summary judgment motion (ECF 46, Pla.'s Letter Mot.). Specifically, Plaintiff asserts that the documents contain confidential email correspondence involving counsel and client-related email communications and that the email attachments contain sensitive personal information. (*See id.*) Defendant asserts that the substance of the communications at issue have been previously filed on the docket at ECF 30-5, and that they were not previously identified as confidential. (*See* ECF 47, Def.'s Opp. at 1-2) Defendant has also agreed to redact all personal identifiers contained in the email attachments pursuant to Federal Rule of Civil Procedure 5.2 and this District's ECF Privacy Policy. (*See id.* at 2)

I have reviewed in camera the 16-page document Defendant seeks to submit as an exhibit in support of its anticipated summary judgment motion and conclude the following:

- Pages 1 through 3 and may be filed on the docket without further redactions, as they contain the email chain previously filed on the docket at ECF 30-5 and any

confidential communication contained therein has already been redacted from

Page 1.

- The emails on pages 4 and 5 shall be redacted in full as they have not been

  previously filed on the docket and contain attorney-client communications.

- Pages 7 through 16, the email attachments consisting of a copy of a driver's

  license, lease agreement, lease assignment, and emails pertaining to the lease

  assignment, shall be filed on the docket with redactions pursuant to Rule 5.2

  of the Federal Rules of Civil Procedure and this District's ECF Privacy Policy.

The Clerk of Court is respectfully requested to terminate ECF 47.

DATED:  April 14, 2026
        New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge