UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SENECA INSURANCE COMPANY, INC.,

Plaintiff,

-against-

HARTFORD UNDERWRITERS INSURANCE COMPANY,

Defendant.

25-CV-04307 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court are Plaintiff's Motion for Summary Judgment ("Plaintiff's Motion") (ECF 50) and Defendant's Motion for Summary Judgment ("Defendant's Motion") (ECF 53).

In the related filings, Plaintiff seems to concede that the Consent to Lease Assignment and Amendment to Lease Agreement (the "New Land Lease Assignment") (ECF 57-9, Lease Assignment) was signed on March 9, 2022. For instance, in Plaintiff's Opposition to Defendants Motion, Plaintiff states "Hartford's reliance on the *March 2022* 'Consent to Lease Assignment' is misplaced." (ECF 67, Pl.'s Opp. at 15 (emphasis added).) Plaintiff also says, "[t]he *subsequent 2022 Lease Assignment* did not create those obligations for the first time . . . ." (*Id.* (emphasis added).) Further, Plaintiff does not make the argument in its memorandum of law in support of Plaintiff's Motion (*see generally*, ECF 51) or in its opposition to Defendant's Motion (*see generally*, ECF 67) that the New Land Lease Assignment forms the basis for the necessary prior-written agreement under the Hartford Policy. However, Plaintiff raises the date of the New Land Lease Assignment as a dispute of material fact in several documents, denying that the

New Land Lease Assignment was signed on March 9, 2022 because "both parties signed and dated the document March 9, 2021 . . . ." (ECF 72, Pl.'s Counter Statement to Def.'s Counter Statement at ¶ 44; *see also* ECF 68, Pl.'s 56.1 Counter Statement ¶¶ 15-17; ECF 72, Pl.'s Counter Statement to Def.'s Counter Statement at ¶¶ 37-38).

Accordingly, by **Tuesday, November 24, 2026**, Plaintiff shall file a letter on the docket stating its position as to whether a reasonable juror could conclude that the New Land Lease Assignment was signed on March 9, 2021 as opposed to March 9, 2022.

DATED: November 19, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge